223-07/MEU

**JUDGE KAPLAN**

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
EUKOR CAR CARRIERS, INC.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Manuel A. Molina (MM1017)

**07 CV 3497**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EUKOR CAR CARRIERS, INC.,

                Plaintiff,

- against –

AFRICAN FALCON COMPANY,

                Defendant.
-------------------------------------------------------------x

07 CIV _____ (    )

**RULE 7.1 STATEMENT**

RECEIVED MAY 02 2007 U.S.D.C. S.D.N.Y. CASHIERS

EUKOR CAR CARRIERS, INC., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
      May 2, 2007

                          FREEHILL HOGAN & MAHAR, LLP
                          Attorneys for Plaintiff
                          EUKOR CAR CARRIERS, INC.

By: _____
     Michael E. Unger (MU 0045)
     Manuel A. Molina (MM 1017)
     80 Pine Street
     New York, NY 10005
     (212) 425-1900
     (212) 425-1901 fax

NYDOCS1/282568.1