UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EUKOR CAR CARRIERS, INC.,

              Plaintiff,

        -against-                                  07 Civ. 3497 (LAK)

AFRICAN FALCON COMPANY,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                        ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court having conferred with plaintiff's counsel (defendant not having been served or appeared, and plaintiff having consented thereto, it is hereby

        ORDERED, that this action shall be dismissed without prejudice and without further action by the Court on October 31, 2007 unless, on or before that date, plaintiff shall have filed either (1) proof of service on the defendant or (2) evidence that plaintiff has attached property pursuant to the Process of Maritime Attachment and Garnishment previously issued.

Dated:      October 1, 2007

                                                                                   Lewis A. Kaplan
                                                               United States District Judge

*[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/1/07]*