USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

KAPLAN, J.

223-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
EUKOR CAR CARRIERS, INC.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Manuel A. Molina (MM1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EUKOR CAR CARRIERS, INC.,

                Plaintiff,

- against -

AFRICAN FALCON COMPANY,

                Defendant.
-----------------------------------------------------------x

07 CIV 3497 (LAK)

**NOTICE OF VOLUNTARY DISMISSAL**

      The above-captioned action having been settled, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff EUKOR CAR CARRIERS, INC. provides notice of discontinuance of this action.

Dated: New York, New York
       October 9, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              EUKOR CAR CARRIERS, INC.

              By: _____
                      Michael E. Unger (MU0045)
                      Manuel A. Molina (MM 1017)
                      80 Pine Street
                      New York, NY 10005
                      (212) 425-1900

"SO ORDERED"
_____
Hon. Lewis A. Kaplan
U.S.D.J.

NYDOCS1/291432.1  10/10/07